# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PRINCE EGGLESTON**, Plaintiff, | : Civil Action No. 1:12-CV-1220 |
| | : |
| | : (Judge Conner) |
| v. | : |
| | : |
| **ROBIN LEWIS, et al.**, Defendants | : |
| | : |

## ORDER

AND NOW, this 24th day of June, 2013, upon consideration of plaintiff Prince Eggleston's appeal (Doc. 42) from the memorandum and order of Magistrate Judge Martin C. Carlson, in which Magistrate Judge Carlson denied Eggleston's request for appointment of counsel without prejudice to re-examination of the issue as this litigation progresses (Doc. 41), and it appearing that a district court judge may reconsider any pretrial matter decided by a magistrate judge "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law," 18 U.S.C. § 636(b)(1)(A); see also FED. R. CIV. P. 72(a), and the court finding that Magistrate Judge Carlson carefully considered Eggleston's arguments, and that his decision was not clearly erroneous or contrary to law, it is hereby ORDERED that Eggleston's appeal from Magistrate Judge Carlson's memorandum and order denying Eggleston's request for counsel is DENIED.

                                                  S/ Christopher C. Conner
                                                  CHRISTOPHER C. CONNER
                                                  United States District Judge